EDWIN G. MOORE, Appellant, v. EDMUND L. DAY, Respondent.

*Appeal — motion to dismiss appeal from order of reversal upon law and facts.*

Reported below, 199 App. Div. 76.

(Argued January 8, 1923; decided January 16, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 28, 1921, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the ground that the reversal was upon the law and the facts and that, therefore, the Court of Appeals had no jurisdiction to review the same.

*John E. Judge* for motion.

*Wallace E. Pierce* opposed.

Motion denied, without costs and without prejudice to renew motion on argument of appeal.

---

LOVELAND PADDOCK, Plaintiff, v. FRANK S. PADDOCK, Appellant, and OLIVE A. PADDOCK, Respondent, Impleaded with Others.

(Submitted January 8, 1923; decided January 16, 1923.)

Motion for re-argument denied with ten dollars costs and necessary printing disbursements.   (See 234 N. Y. 593.)

---

In the Matter of the Probate of the Will of HAGOP A. POONARIAN, Deceased.

RICHARD MARLOWE et al., Appellants; JHUNPUSH ILL-WANIAN et al., Respondents.

(Submitted January 8, 1923; decided January 16, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 234 N. Y. 329.)